United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRAIG EDMONDS, JR.,

Plaintiff,

v.

CITY OF OAKLAND, et al.,

Defendants.

Case No. 26-cv-03355-MMC

**ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING ACTION WITH PREJUDICE**

Before the Court is Magistrate Judge Alex G. Tse's Report and Recommendation, filed June 24, 2026, whereby said Magistrate Judge recommends the Court dismiss the above-titled action pursuant to 28 U.S.C. § 1915(e)(2)(B). No objection to the Report and Recommendation has been filed.

Having reviewed the matter de novo, the Court hereby ADOPTS the Report and Recommendation in its entirety.

Accordingly, the above-titled action is hereby DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: July 24, 2026

MAXINE M. CHESNEY
United States District Judge